IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the ) <br> STATE OF LOUISIANA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHALMETTE REFINING, L.L.C. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-4662 B(1) <br><br> The Honorable Ivan L. R. Lemelle |

### FIRST STIPULATION AND AGREEMENT MAKING NON-MATERIAL MODIFICATION TO CONSENT DECREE

The United States, on behalf of the U.S. Environmental Protection Agency ("EPA"), and Defendant Chalmette Refining, L.L.C. ("CRLLC") enter into this Stipulation and Agreement in order to make a non-material modification to the Consent Decree in this case, pursuant to the procedure prescribed by Paragraph 235 of the Decree. In accordance with Decree Paragraph 235, the United States is filing this non-material modification with the Court, but the Court need not take any action on this filing. Relevant background information and the specific terms of the non-material modification are set forth below.

1.      The Plaintiffs filed this action on October 11, 2005, alleging violations of multiple environmental laws at the CRLLC Refinery. At the same time, the United States lodged

a proposed Consent Decree between the Plaintiffs and CRLLC.  The Court approved and entered the Consent Decree on April 26, 2006.

2. Subsection V.F of the existing Consent Decree requires CRLLC to reduce emissions of nitrogen oxides ("NOx") from combustion units listed in Appendix A through the installation of NOx emission controls or the shutdown of certain units.  Paragraph 37 requires CRLLC by December 31, 2008 to install Qualifying Controls and apply for emission limits sufficient to reduce NOx emissions by two-thirds of the NOx emissions reductions required by Paragraph 34, with the remainder of the reductions to be achieved by December 31, 2009.

3. This Stipulation and Agreement documents a non-material change in the method that CRLLC will use to comply with the requirements of Paragraph 37.

4. Under this Stipulation and Agreement, CRLLC expects to comply with the initial NOx reduction requirement under Consent Decree Paragraph 37 by:  (i) installing Qualifying Controls on two boilers (boilers 809 and 810) by December 31, 2008; and (ii) shutting down a third boiler (boiler 402) by December 31, 2008 and not operating boiler 402 until installation of Qualifying Controls on boiler 402 is complete.

5. Under this Stipulation and Agreement, CRLLC expects to comply with the final NOx reduction requirement under Consent Decree Paragraph 37 by shutting down another heater (heater F-1105) by December 31, 2009 and not operating heater F-1105 until installation of Qualifying Controls on heater F-1105 is complete.

6. This Stipulation and Agreement does not alter CRLLC's obligation to reduce NOx emissions from the Combustion Units listed in Consent Decree Appendix A by at least 380 tons per year, as required by Consent Decree Paragraph 34.

7. To authorize the compliance methods described above in Paragraphs 4 and 5 of

this Stipulation and Agreement, the United States and CRLLC hereby agree that the following sentence shall be added at the end of Consent Decree Paragraph 37:

> Notwithstanding any other provision of this Consent Decree, an applicable deadline under this Paragraph for installation of Qualifying Controls on a particular Combustion Unit shall be deemed met if the Combustions Unit is: (i) shut down by the applicable deadline; (ii) not operated until it is equipped with Qualifying Controls; and (iii) actually equipped with Qualifying Controls within 180 days after the applicable deadline.

8. EPA has determined that this change can be made by a non-material modification to the Consent Decree in this instance, consistent with Consent Decree Paragraph 235.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

Dated: 10/14, 2008

RANDALL M. STONE
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Phone:   (202) 514-1308
Fax:     (202) 616-6584
E-Mail:  Randall.Stone@USDOJ.GOV

3

JIM LETTEN
United States Attorney
Eastern District of Louisiana

THOMAS WATSON
Assistant United States Attorney

Dated: October 15th, 2008

FOR THE UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

ADAM KUSHNER
Director, Air Enforcement Division
Office of Civil Enforcement
U.S. Environmental Protection Agency
Mail Code 2242A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Dated: 10/3, 2008

FOR CHALMETTE REFINING, L.L.C.

_____
Richard Igercich
Refinery Manager
Chalmette Refining, L.L.C.
P.O. Box 1007
Chalmette, LA 70044-1007

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing FIRST STIPULATION AND AGREEMENT MAKING NON-MATERIAL MODIFICATION TO CONSENT DECREE to be served by electronic mail and/or first class mail, postage pre-paid, on the following persons, in accordance with Paragraphs 227 and 232 of the Consent Decree in this case:

Refinery Manager
Chalmette Refining, L.L.C.
P.O. Box 1007
Chalmette, LA 70044-1007

Refinery Attorney
Chalmette Refining, L.L.C.
P.O. Box 1007
Chalmette, LA 70044-1007

SHE Manager
Chalmette Refining, L.L.C.
P.O. Box 1007
Chalmette, LA 70044-1007

Assistant General Counsel, Litigation
Law Department
Exxon Mobil Corporation
800 Bell Street
ExxonMobil Building, Room 1503B
Houston, TX 77022

Clara M. Poffenberger
Counsel
Downstream Companies
Exxon Mobil Corporation
3225 Gallows Road, Room 3D2118
Fairfax, VA 22037

Robert D. Parrish
Attorney-Advisor
U.S. Environmental Protection Agency
Mail Code 2248A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Ted R. Broyles, II
Attorney
Office of the Secretary
Legal Affairs Division
Louisiana Department of Environmental Quality
P.O. Box 4302
Baton Rouge, LA 70821-4302

Peggy M. Hatch
Administrator, Enforcement Division
Office of Environmental Compliance
Louisiana Department of Environmental Quality
P.O. Box 4312
Baton Rouge, LA 70821-4312

Dated: 10/14, 2008

_____
Randall M. Stone